UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROBERT W. JOHNSON,

Plaintiff,

-against-

INTERNAL REVENUE SERVICE, et al.,

Defendants.

26-CV-2800 (LTS)

ORDER OF DISMISSAL
UNDER 28 U.S.C. § 1651

LAURA TAYLOR SWAIN, Chief United States District Judge:

Plaintiff Robert W. Johnson filed this action *pro se*, seeking to proceed *in forma pauperis* ("IFP").[1] By order dated July 10, 2020, the court barred Plaintiff from filing future civil actions in this court IFP without first obtaining from the court leave to file. *See Johnson v. O'Hagan Wolfe*, ECF 1:19-CV-7337, 8 (S.D.N.Y. July 10, 2020), *appeal dismissed*, No. 21-299 (2d Cir. July 15, 2021). Because Plaintiff has not sought leave from the court to file this action, the Court dismisses this action without prejudice due to Plaintiff's failure to comply with the court's July 10, 2020 order in *Johnson*, 1:19-CV-7337.

The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from this order would not be taken in good faith and, therefore, IFP status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962). Judgment shall enter.

SO ORDERED.

Dated:    April 6, 2026
          New York, New York

          /s/ Laura Taylor Swain
          LAURA TAYLOR SWAIN
          Chief United States District Judge

---

[1] Plaintiff is currently detained in USP Lewisburg, but he has not filed a prisoner authorization form.