UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROBERT W. JOHNSON,

                              Plaintiff,

                -against-

INTERNAL REVENUE SERVICE, ET AL.,

                              Defendants.

26 CIVIL 2800 (LTS)

CIVIL JUDGMENT

For the reasons stated in the April 6, 2026, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's

judgment would not be taken in good faith. See Coppedge v. United States, 369 U.S. 438, 444-45

(1962).

SO ORDERED.

Dated:    April 8, 2026

          New York, New York

                                        /s/ Laura Taylor Swain
                                        LAURA TAYLOR SWAIN
                                        Chief United States District Judge